UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| 100 BANK, LLC <br>     Plaintiff, <br><br> v. <br><br> BTC MALL ASSOCIATES, LLC; <br> CITY OF BURLINGTON; <br> THE BURLINGTON DEVELOPMENT <br> REVIEW BOARD; CAITLIN HALPERT, <br> in her official capacity; BROOKS <br> McARTHUR, in his official capacity; <br> BRADFORD L. RABINOWITZ, in his <br> official capacity; HARRIS SPRINGER, in <br> his official capacity; SCOTT GUSTIN, in <br> his official capacity, <br>     Defendants, <br><br> and <br><br> BRADLEY M. BIGGIE, in his official <br> capacity; KIM IANELLI, in her official <br> capacity, <br>     Relief Defendants. | Docket No. 2:21-cv-154 |

## BTC MALL ASSOCIATES, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant BTC Mall Associates, LLC discloses that it is a Delaware Limited Liability Company, that it has no parent corporation, and that no publicly held company owns 10% or more of its membership interests. Moreover, BTC does not have any subsidiaries or affiliates that have issued ownership shares to the public.

Dated at Burlington, Vermont this 13th day of July, 2021,

        Respectfully submitted,

        _____
        Brian S. Dunkiel
        Jonathan T. Rose
        Dunkiel Saunders Elliott Raubvogel & Hand, PLLC
        91 College Street
        P.O. Box 545
        Burlington, VT 05402-0545
        (802)860-1003
        bdunkiel@dunkielsaunders.com
        jrose@dunkielsaunders.com

        *Attorneys for BTC Mall Associates, LLC*