UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| 100 BANK, LLC, | ) | |
|       Plaintiff | ) | |
| | ) | |
|       v. | ) | |
| | ) | |
| BTC MALL ASSOCIATES, LLC; | ) | |
| CITY OF BURLINGTON; | ) | |
| THE BURLINGTON DEVELOPMENT | ) | |
| REVIEW BOARD; CAITLIN HALPERT, | ) | |
| in her official capacity; BROOKS | ) | |
| McARTHUR, in his official capacity, | ) | Case No. 2:21-cv-154 |
| SEAN MCKENZIE, in his official capacity, | ) | |
| BRADFORD L. RABINOWITZ, in his | ) | |
| official capacity; HARRIS SPRINGER, in | ) | |
| his official capacity; SCOTT GUSTIN, in | ) | |
| his official capacity, | ) | |
|       Defendants | ) | |
| | ) | |
|       and | ) | |
| | ) | |
| BRADLEY M. BIGGIE, in his official capacity; | ) | |
| KIM IANELLI, in her official capacity, | ) | |
|       Relief Defendants | ) | |

<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Plaintiff, 100 Bank, LLC and the City Defendants, consisting of the City of Burlington,

the Burlington Development Review Board, Caitlin Halpert, Brooks McArthur, Sean McKenzie,

Bradford L. Rabinowitz, Harris Springer, Scott Gustin, Bradley Biggie, and Kim Ianelli, through

their counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(i) stipulate that the claims against the City

Defendants are dismissed with prejudice, without right of appeal, and with each party to bear its

own costs and attorney's fees.

Dated:        Burlington, Vermont
              July 14, 2021

                                    */s/ Matthew B. Byrne*
Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
mbyrne@gravelshea.com
For Plaintiff


*/s/ Jennifer E. McDonald*
Jennifer E. McDonald, Esq.
Downs Rachlin Martin PLLC
199 Main Street
P.O. Box 190
Burlington, VT 05402-0190
802-863-2375
jmcdonald@drm.com
For the City Defendants