UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| 100 BANK, LLC<br>    Plaintiff,<br><br>        v.<br><br>BTC MALL ASSOCIATES, LLC;<br>CITY OF BURLINGTON;<br>THE BURLINGTON DEVELOPMENT<br>REVIEW BOARD; CAITLIN HALPERT,<br>in her official capacity; BROOKS<br>McARTHUR, in his official capacity;<br>BRADFORD L. RABINOWITZ, in his<br>official capacity; HARRIS SPRINGER, in<br>his official capacity; SCOTT GUSTIN, in<br>his official capacity,<br>    Defendants,<br><br>        and<br><br>BRADLEY M. BIGGIE, in his official<br>capacity; KIM IANELLI, in her official<br>capacity,<br>    Relief Defendants. | Docket No. 2:21-cv-154 |

## THE PARTIES' STIPULATED MOTION TO STAY

Plaintiff 100 Bank, LLC and Defendant BTC Mall Associates, LLC[1] jointly request that the Court stay and hold this case in abeyance to allow the Parties time to formalize a settlement of the matter, and continue all outstanding deadlines during the stay. The Parties submit the attached, proposed Order staying and holding this case in abeyance, in which they propose that the Court schedule a status conference to discuss the status of the case and a process for resuming the litigation if the matter is not resolved within 30 days.

---

[1] 100 Bank and the City Defendants have stipulated to dismissal of the claims against the City Defendants with prejudice.

Dated at Burlington, Vermont, this 14th day of July 2021.

           DUNKIEL SAUNDERS ELLIOTT RAUBVOGEL
           & HAND, PLLC

    By: _____
       Jonathan T. Rose, Esq.
       Brian S. Dunkiel, Esq.
       Malachi T. Brennan, Esq.
       91 College Street, P.O. Box 545
       Burlington, VT 05402-0545
       (802)860-1003
       jrose@dunkielsaunders.com
       bdunkiel@dunkielsaunders.com
       mbrennan@dunkielsaunders.com

       Attorneys for BTC Mall Associates, LLC

Dated at Burlington, Vermont this 14th day of July 2021

       /s/Matthew B. Byrne
      _____
      Matthew B. Byrne, Esq.
      Gravel & Shea PC
      76 St. Paul Street, 7th Floor, P.O. Box 369
      Burlington, VT 05402-0369
      (802)658-0220
      mbyrne@gravelshea.com

      For Plaintiff, 100 Bank LLC