UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| 100 BANK, LLC<br>　　Plaintiff,<br><br>　　　v.<br><br>BTC MALL ASSOCIATES, LLC;<br>CITY OF BURLINGTON;<br>THE BURLINGTON DEVELOPMENT<br>REVIEW BOARD; CAITLIN HALPERT,<br>in her official capacity; BROOKS<br>McARTHUR, in his official capacity;<br>BRADFORD L. RABINOWITZ, in his<br>official capacity; HARRIS SPRINGER, in<br>his official capacity; SCOTT GUSTIN, in<br>his official capacity,<br>　　Defendants,<br><br>　　and<br><br>BRADLEY M. BIGGIE, in his official<br>capacity; KIM IANELLI, in her official<br>capacity,<br>　　Relief Defendants. | Docket No. 2:21-cv-154 |

**ORDER GRANTING THE PARTIES STIPULATED MOTION TO STAY**

For the reasons discussed in the Parties' Stipulated Motion to Stay, the Court orders as follows:

1. This matter is stayed and held in abeyance.

2. All pending deadlines are hereby continued.

3. If the matter is not resolved within 30 days from the date of this Order, the Court will schedule a status conference to discuss the status of the case and the appropriate process for resuming the litigation.

SO ORDERED:

/s/ William K. Sessions III

_____

Hon. William Sessions
District Court Judge

Date:  July 15, 2021

2