UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| 100 BANK, LLC,<br>    Plaintiff<br><br>       v.<br><br>BTC MALL ASSOCIATES, LLC;<br>CITY OF BURLINGTON;<br>THE BURLINGTON DEVELOPMENT<br>REVIEW BOARD; CAITLIN HALPERT,<br>in her official capacity; BROOKS<br>McARTHUR, in his official capacity,<br>SEAN MCKENZIE, in his official capacity,<br>BRADFORD L. RABINOWITZ, in his<br>official capacity; HARRIS SPRINGER, in<br>his official capacity; SCOTT GUSTIN, in<br>his official capacity,<br>    Defendants<br><br>      and<br><br>BRADLEY M. BIGGIE, in his official capacity;<br>KIM IANELLI, in her official capacity,<br>    Relief Defendants | Case No. 2:21-cv-154 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

100 Bank, LLC and BTC Mall Associates, LLC, through their counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(i) stipulate that all claims are dismissed with prejudice, without right of appeal, and with each party to bear its own costs and attorney's fees.

gravel &
shea   ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369

- 2 -

Dated:    Burlington, Vermont
September 9, 2021

    */s/ Matthew B. Byrne*
Matthew B. Byrne, Esq.
Gravel & Shea PC
76 St. Paul Street, 7th Floor, P.O. Box 369
Burlington, VT  05402-0369
(802) 658-0220
mbyrne@gravelshea.com
For Plaintiff

*/s/ Jonathan T. Rose*
Jonathan T. Rose, Esq.
Malachi T. Brennan, Esq.
Brian S. Dunkiel, Esq.
Dunkiel Saunders Elliott Raubvogel & Hand, PLLC
P.O. Box 545
Burlington, VT  05402-0545
jrose@dunkielsaunders.com
mbrennan@dunkielsaunders.com
bdunkiel@dunkielsaunders.com
For BTC Mall Associates, LLC



gravel & shea ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
76 St. Paul Street
Post Office Box 369
Burlington, Vermont 05402-0369